UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUDY REYES, *individually and on behalf of others similarly situated*,

                         Plaintiff,

               -v.-

DOMENICS FAMILY PIZZA INC, *doing business as Emilio's Original Gourmet Pizza*, and EMILIO PALMELI,

                        Defendants.

22 Civ. 6872 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      On December 20, 2022, the Court was informed that the parties have reached a settlement in this case. (Dkt. #18).  Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **January 20, 2023**, for this Court's review in accordance with the FLSA and Second Circuit law.  *See, e.g., Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

      SO ORDERED.

Dated:  December 21, 2022
             New York, New York

                                                  KATHERINE POLK FAILLA
                                                United States District Judge